**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| ANGELA GUNN, individually and<br>on behalf of all others similarly situated, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 1:16-cv-01668-TWP-MJD |
| v. | ) | |
| | ) | |
| UBER TECHNOLOGIES, INC., and<br>TRAVIS KALANICK, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**ENTRY ON JURISDICTION**

It has come to the Court's attention that the Plaintiff's Class Action Complaint fails to allege all of the facts necessary to determine whether this Court has subject matter jurisdiction over this case. The Class Action Complaint alleges federal jurisdiction based upon diversity of citizenship. However, the Class Action Complaint fails to sufficiently allege the amount in controversy component for diversity jurisdiction in a class action. Additionally, the Class Action Complaint fails to sufficiently allege the citizenship of Defendant Travis Kalanick. Citizenship is the operative consideration for jurisdictional purposes. *See Meyerson v. Harrah's East Chicago Casino*, 299 F.3d 616, 617 (7th Cir. 2002) ("residence and citizenship are not synonyms and it is the latter that matters for purposes of the diversity jurisdiction").

The Class Action Complaint alleges "[t]he amount in controversy exceeds $75,000" (Filing No. 1 at 4), but the amount in controversy in a class action must exceed "$5,000,000, exclusive of interest and costs." 28 U.S.C. § 1332(d)(2).

Additionally, the Class Action Complaint alleges that "Defendant Travis Kalanick is a resident of California and is the CEO of Uber." (Filing No. 1 at 4.) This allegation of residency is not sufficient to allow the Court to determine whether diversity jurisdiction exists.

Therefore, the Plaintiff is **ORDERED** to file a Supplemental Jurisdictional Statement that establishes the Court's jurisdiction over this case. This statement should specifically identify the correct threshold amount in controversy required for a class action in federal court and the amount in controversy in this action. This statement also should identify the citizenship of Defendant Travis Kalanick. This Supplemental Jurisdictional Statement is due **fourteen (14) days** from the date of this Entry.

      **SO ORDERED.**

TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Date:  7/8/2016

Distribution:

John Bruster Loyd
JONES GILLASPIA LOYD LLP
bruse@jgl-law.com

2